CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Amanda Seabock, Esq., SBN 289900
Dennis Price, Esq., SBN 279082
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff ORLANDO GARCIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA, | Case No.: 3:22-cv-01524-WHO |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |
| KUEUI CHANG YEH; HSING-JUNG LEE; Y & L AUTO CORPORATION, a California Corporation; and Does 1-10, | |
| Defendants. | |

The plaintiff hereby notifies the court that a provisional settlement has been reached in the above-captioned case. The Parties would like to avoid any additional expense while they focus efforts on finalizing the terms of the settlement and reducing it to a writing.

The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the settlement will be consummated within the coming sixty (60) days, allowing for a Joint Stipulation for Dismissal with prejudice as to all parties to be filed.

Dated: June 15, 2022            CENTER FOR DISABILITY ACCESS

By:   /s/ Amanda Seabock
        Amanda Seabock
        Attorney for Plaintiff