CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Amanda Seabock, Esq., SBN 289900
Dennis Price, Esq., SBN 279082
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

STUART K. TUBIS (SBN: 278278)
skt@jmbm.com
MARTIN H. ORLICK (SBN: 083908)
mho@jmbm.com
CHRISTOPHER WHANG (SBN: 316916)
cwhang@jmbm.com
JEFFER MANGELS BUTLER & MITCHELL LLP
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone: (415) 398-8080
Facsimile: (415) 398-5584
Attorneys for Defendants Kueui Chang Yeh,
Hsing-Jung Lee and Y & L Auto Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>   Plaintiff,<br><br>   v.<br><br>KUEUI CHANG YEH; HSING-JUNG LEE; Y & L AUTO CORPORATION, a California Corporation; and Does 1-10,<br><br>   Defendants. | Case No.: 3:22-cv-01524-WHO<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

1

Joint Stipulation for Dismissal                                    Case No.: 3:22-cv-01524-WHO

## **STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: August 8, 2022          CENTER FOR DISABILITY ACCESS

                               By: /s/Amanda Seabock
                                   Amanda Seabock
                                   Attorneys for Plaintiff

Dated: August 8, 2022          JEFFER MANGELS BUTLER & MITCHELL LLP

                               By: /s/Stuart K. Tubis
                                   Stuart K. Tubis
                                   Attorneys for Defendants
                                   Kueui Chang Yeh, Hsing-Jung Lee and
                                   Y & L Auto Corporation

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Stuart K. Tubis, counsel for Kueui Chang Yeh, Hsing-Jung Lee and Y & L Auto Corporation, and that I have obtained Stuart K. Tubis authorization to affix his electronic signature to this document.

Dated: August 8, 2022          CENTER FOR DISABILITY ACCESS

                                          By:   /s/Amanda Seabock
                                                Amanda Seabock
                                                Attorneys for Plaintiff